UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHADNEY HAMER,	Case No. 22-12106

    Plaintiff,	F. Kay Behm
v.	United States District Judge

EVONNE MCGINTY,	Kimberly G. Altman
	United States Magistrate Judge

    Defendant.
_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S OCTOBER 28, 2024
<u>REPORT AND RECOMMENDATION (ECF No. 94)</u>**

Currently before the court is Magistrate Judge Kimberly G. Altman's October 28, 2024 Report and Recommendation. (ECF No. 94). Magistrate Judge Altman recommends granting Defendant McGinty's Motion for Summary Judgment (ECF No. 89). The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and

2

Recommendation (ECF No. 94) and **GRANTS** Defendant's Motion for Summary Judgment (ECF No. 89).  This is a final order and closes the case.

    **SO ORDERED**.

Date: December 4, 2024                  s/F. Kay Behm
                                                F. Kay Behm
                                                United States District Judge